IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ROBERT ANTHONY COLUMBUS, | § | |
| Plaintiff, | § § § | |
| V. | § | Case No. 4:10cv2 |
| INDYMAC NOW ONEWEST BANK, | § § § | |
| Defendant. | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On September 2, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Onewest Bank, FSB's Motion to Dismiss Pursuant to Rule 12(b)(6) (Dkt. 9) be GRANTED and that Plaintiff's claims here be dismissed for failure to state a cognizable claim.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Defendant Onewest Bank, FSB's Motion to Dismiss Pursuant to Rule

12(b)(6) (Dkt. 9) is GRANTED and Plaintiff's claims here are dismissed for failure to state a cognizable claim.

**IT IS SO ORDERED.**

**SIGNED** this 26th day of October, 2010.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE